UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

vs.                                                           Supplemental Statement with
                                                              Respect to Sentencing
                                                              Factors

                                                              6:23-CR-06053-EAW

NATHAN FOLLETT

        Defendant.

---

Francis M. Ciardi, Esq., an attorney admitted to practice in the Western District of New York, makes the following affirmation upon information and belief, based upon his familiarity with the case, in response to the pre-sentence investigation report.

This statement is intended to further assist the Court with its sentencing responsibility pursuant to 18 U.S.C. 3553(a), and its purpose is to advise the Court of several factors Mr. Follett deems relevant to sentencing.

**B.  Supplemental Mitigating Factors to Be Considered in Determining a Reasonable Sentence Under 18 U.S.C. §3553(a)(2).**

Defense previously set forth, that during his time in custody, Mr. Follett has actively participated in jail services and programs through transitional services offered at the Livingston County Jail.

Following submission of Defendant's Statement with Respect to Sentencing Factors, counsel learned that Mr. Follett completed several additional programs.

Therefore, I am requesting the Court consider the following certificates he has

1

received while in custody at Livingston County Jail. See certificates attached as Exhibit 1.

Dated: October 20, 2023

Rochester, New York

                                              Respectfully submitted,

                                              /s/Francis M. Ciardi _____
                                              Francis M. Ciardi, Esq.
                                              45 Exchange Blvd., Suite 400
                                              Rochester, New York 14614
                                              Fciardi@frankciardilaw.com
                                              Attorney for Nathan Follett